ORDERED.

Dated: September 17, 2021

*Catherine M<sup>c</sup>Ewen* (signature)
Catherine Peek McEwen
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

QUAN DINH TRAN,                                    Case No.: 8:20-bk-05750-CPM
                                                   Chapter 7
    Debtor.
_____/

Q3 INVESTMENTS RECOVERY
VEHICLE, LLC,

    Plaintiff,                              Adv. Proc. No.: 8:21-ap-00007-CPM

v.

QUAN DINH TRAN

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED
## MOTION TO CONTINUE SEPTEMBER 20 HEARINGS

THIS MATTER came up for consideration on Plaintiff Q3 Investments Recovery Vehicle, LLC's Unopposed Motion to Continue September 20 Hearings [Doc. 27] (the "Motion"). The Court finds good cause to grant the relief requested, therefore, it is

**ORDERED**:

1.    The Motion is hereby GRANTED.

2

    2.       The hearing set for September 20, 2021, is hereby continued until no earlier than October 20, 2021.

    3.       The hearing set for September 20, 2021, is hereby continued to **November 15, 2021 at 11:00 a.m.**

*Attorney Paul Thanasides is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.*